IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Action No.  10-cr-00409-PAB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.    EDUARDO PONCE TELLEZ,

      Defendant.
_____

### MINUTE ORDER
_____

**Entered by Judge Philip A. Brimmer**

     A change of plea hearing is scheduled for **February 11, 2011 at 2:30 p.m.** before Judge Philip A. Brimmer in courtroom A-701.

     DATED December 14, 2010