IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 10-cr-00409-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.   EDUARDO PONCE TELLEZ,

    Defendant.

_____

**ORDER**
_____

This matter comes before the Court on the government's Motion to Seal Document No. 1 [Docket No. 34]. For the reasons discussed in Docket No. 39, the government's motion is granted in part and denied in part.

DATED January 28, 2011.

                                      BY THE COURT:

                                      s/Philip A. Brimmer
                                      PHILIP A. BRIMMER
                                      United States District Judge